IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES D. WARE**                                                                  **PLAINTIFF**

v.                **CASE NO. 4:16-CV-00492 BSM**

**UNITED PARCEL SERVICE, INC. and**
**JIMMY MCCLURE**                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed.

IT IS SO ORDERED this 4th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE